**SO ORDERED.**

**SIGNED this 20 day of May, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

IN RE:

LESLIE TIDWELL JACKSON            Case No. 3:09-bk-34904
a/k/a LESLIE KAY JACKSON          Chapter 7

    Debtor.

### O R D E R

Upon application of Dean B. Farmer, Trustee, for authority to employ Gregory D. Shanks, an attorney, and the firm of Shanks & Blackstock, and it appearing to the Court that the Application is proper and should be approved, it is hereby **ORDERED** that Dean B. Farmer, Trustee, shall be authorized to employ Gregory D. Shanks of the law firm of Shanks & Blackstock upon the terms and conditions set forth in his Application. Compensation will be paid as set forth in the Application at closing of the property sale.

###

APPROVED FOR ENTRY:


 /s/ Dean B. Farmer_____
DEAN B. FARMER   (BPR#006851)
Attorney for Trustee
Post Office Box 869
Knoxville, TN 37901-0869
(865) 292-2307

/s/ Patricia C. Foster
PATRICIA C. FOSTER
Attorney for U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN 37929
(865) 545-4324

Q:\Elly\DBFTRUST\Jackson, Leslie Tidwell\Order to Employ Shanks.doc